# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Preston Brown, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Philip G. Reinhard |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Iain D. Johnston |
| Northern Illinois University, | ) | |
| | ) | |
| | ) | No. 15 C 50154 |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant NORTHERN ILLINOIS UNIVERSITY, by its attorney, Lisa Madigan, Attorney General for Illinois, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this Court to grant summary judgment in Defendant's favor and against Plaintiff. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendant respectfully requests that this honorable Court grant summary judgment in its favor, and such further relief the Court deems reasonable and just.

                                                                                               Respectfully Submitted,

| | |
|---|---|
| LISA MADIGAN | /s/ Jennifer Lutzke |
| Attorney General of Illinois | JENNIFER LUTZKE |
| | Assistant Attorney General |
| | General Law Bureau |
| | 100 W. Randolph, 13th Floor |
| | Chicago, Illinois 60601 |
| | (312) 814-3711 |